

## Edna C. Ward, Plaintiff-Appellee, v. Peoria Transit Lines, Inc., Defendant-Appellant.

### Gen. No. 10,709. (Abstract of Decision.)

Cassidy, Sloan & Cassidy, for appellant; Richard H. Radley, for appellee. Opinion by JUSTICE WOLFE. **Not to** be published in full. Opinion filed March 26, 1954; released for publication April 12, 1954.

## Emma M. Dana, Plaintiff-Appellant, v. Bernard B. Neuchiller, Defendant-Appellee.

### Gen. No. 10,732. (Abstract of Decision.)

G. A. Bosomburg, for appellant; Joslyn, Parker & Kell, for appellee; David R. Joslyn, and V. E. Kell, of counsel. Opinion by Justice Dove. Not to be published in full. Opinion filed April 2, 1954; rehearing denied May 4, 1954; released for publication May 4, 1954.

John George Schiro, Administrator of Estate of George Schiro, Deceased, Plaintiff-Appellant, v. John Schiro, and Frances Schiro, Defendants-Appellees.

Gen. No. 10,745. (Abstract of Decision.)

Sam J. Cannariato, and Philip A. Nicolosi, for appellant; Philip A. Nicolosi, of counsel; Raphael E. Yalden, for appellees. Opinion by Justice Wolfe. Not to be published in full. Opinion filed April 2, 1954; released for publication April 20, 1954.

Chicago Great Western Railroad Company, Appellee, v. Edward J. Meyers Company, Appellant.

Gen. No. 46,150. (Abstract of Decision.)